**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOSEPH F. KAMINSKI,

        Plaintiff,

v.                                Case No. 8:12-cv-826-T-24-MAP

BP EXPLORATION & PRODUCTION INC.
and BP AMERICA PRODUCTION CO.,

        Defendants.
_____/

## ORDER

This cause comes before the Court on a Motion to Strike Plaintiff's Motion for Reconsideration filed by Defendants BP Exploration & Production Inc. and BP America Production Co. ("BP"). (Dkt. 64.) Plaintiff Joseph F. Kaminski opposes. (Dkt. 66.)

Kaminski sued BP for breach of contract implied in fact and unjust enrichment, alleging BP did not pay him after using his ideas for stopping the oil leak caused by the April 2010 drilling rig explosion in the Gulf of Mexico. (Dkt. 2.) The Court granted BP's motion for summary judgment on all counts. (Dkt. 56.) Contending that summary judgment was based on manifest errors of law and fact, Kaminski moved the Court to reconsider summary judgment under Rule 59(e) of the Federal Rules of Civil Procedure. (Dkt. 62.)

BP argues that no grounds for reconsideration exist and moves to strike Kaminski's motion for failing to meet the standards applicable to Rule 59(e) motions. (Dkt. 64.) In support of its request to strike, BP cites to cases where the district court exercised its discretion to sanction parties who violated local rules or court orders. The Court finds those cases inapplicable here and declines to effectively sanction Kaminski by striking his motion for reconsideration. Whether any

grounds for reconsideration under Rule 59(e) exist is an issue for BP to address in its response to the substantive merits of Kaminski's motion for reconsideration.

Further, the Court had granted BP's unopposed motion to stay the deadline for BP's substantive response until the Court ruled on BP's motion to strike. (Dkts. 63, 65.) The Court lifts the stay and directs BP to respond to Kaminski's motion for reconsideration.

Accordingly, it is **ORDERED AND ADJUDGED** that BP's Motion to Strike Plaintiff's Motion for Reconsideration (Dkt. 64) is **DENIED**. BP shall file a response to Kaminski's motion for reconsideration by January 20, 2014.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of January, 2014.

SUSAN C. BUCKLEW
United States District Judge

Copies To: Counsel of Record and Parties